Earl WATKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 74894.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and MARY RHODES RUSSELL, J.

ORDER

PER CURIAM.

Movant Earl Watkins appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).